**McGuireWoods LLP**
Andrew W. Russell (SBN 280669)
Email: arussell@mcguirewoods.com
Rachel Kermani (SBN 351693)
Email: rkermani@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210

Attorney for Defendants
DOLGEN CALIFORNIA, LLC and
DG STRATEGIC VII, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA MACEDO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOLGEN CALIFORNIA, LLC, a Limited Liability Company; DG STRATEGIC VII, LLC, a Limited Liability Company; and DOES 1-100 inclusive,<br><br>Defendants. | CASE NO. 1:23-cv-00840-KES-CDB<br><br>**SUPPLEMENTAL DECLARATION REGARDING PLAINTIFF'S ADMISSIONS REGARDING JURISDICTIONAL AMOUNT IN CONTROVERSY**<br><br>Complaint Filed:     March 27, 2023 |

SUPPLEMENTAL DECLARATION REGARDING PLAINTIFF'S ADMISSIONS REGARDING
JURISDICTIONAL AMOUNT IN CONTROVERSY

## DECLARATION OF ANDREW W. RUSSELL

I, Andrew W. Russell, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am a partner with the law firm McGuireWoods LLP, attorney of record for Defendants DOLGEN CALIFORNIA, LLC ("Dolgen") and DG STRATEGIC VII, LLC ("DG Strategic") (collectively "Defendants") in the above-captioned action.  I have personal knowledge of all facts and matters set forth in this declaration and could and would testify competently and truthfully to the same if called as a witness and placed under oath.  I am over 18 years of age.

2.      On June 1, 2023, Defendants removed this matter to this Court based on the Court's diversity jurisdiction.  On July 3, 2023, Plaintiff Cecilia Macedo ("Plaintiff") filed her Motion to Remand with this Court, arguing that the $75,000 amount in controversy was not met.  *See* Dkt. 3. Defendants filed their Opposition to Plaintiff's Motion to Remand on July 17, 2023.  *See* Dkt. 5.

3.      On October 2, 2024, Plaintiff's counsel made a settlement demand on behalf of Plaintiff in excess of $500,000, an amount over six times the jurisdictional threshold Plaintiff claimed was not met in her Motion to Remand. In the demand, Plaintiff's counsel claimed their client had suffered emotional distress of $300,000 and estimated their attorneys' fees and costs as $350,000 through trial.

4.      On October 25, 2025, on behalf of Defendants, I emailed W. Zev Abramson and Christina Bekakis, counsel of record for Plaintiff, asking if they would withdraw Plaintiff's Motion to Remand.  Plaintiff's counsel did not respond to my correspondence and Plaintiff has not withdrawn her Motion to Remand.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 29, 2025, at Los Angeles, California.


 /s/ *Andrew W. Russell*
                Andrew W. Russell

SUPPLEMENTAL DECLARATION REGARDING PLAINTIFF'S ADMISSIONS REGARDING
JURISDICTIONAL AMOUNT IN CONTROVERSY